**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

PAMELA FRAZIER,

                      Plaintiff,                      18 **CIVIL** 7966 (SLC)

        -v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, Ms. Frazier's motion is granted and the Commissioner's motion is denied; the Commissioner's decision denying benefits is vacated, and the matter is remanded to the agency for further proceedings; accordingly, this case is closed.

**Dated:** New York, New York
           March 31, 2020

                                                   **RUBY J. KRAJICK**
                                                _____
                                                      Clerk of Court
                           **BY:**
                                                      _____
                                                      Deputy Clerk